**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SUNRISE INTERNATIONAL LEASING CORPORATION, a Minnesota corporation, as assignee of Sun Microsystems Finance,

Plaintiff,

v.

MEGSINET, INC., an Illinois corporation aka MegsINet Internet, Inc.,

Defendant.

Civil No. 01-2261 (DWF/AJB)

**ORDER OF REFERENCE**

---

David Nightingale, Esq., and George Warner, Jr., Esq., Bernick & Lifson, 1200 Colonnade, 5500 Wayzata Boulevard, Minneapolis, MN 55416, counsel for Plaintiff.

Stephen Harris, Esq., Meyer & Njus, 1100 Pillsbury Center, 200 6th Street South, Minneapolis, MN 55402-4121, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan.

This referral order is based on the letter of service docketed December 12, 2001 (Docket No. 2). Counsel are directed to call and schedule ~~the motion~~ with Calendar Clerk Kathy Thobe at 651-848-1210.

Dated: December 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 17 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________