2(416

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**MOTION FOR ADMISSION PRO HAC VICE**

Case Number: 01-CV-2261 DWF/AJB Case Title: Sunrise International v. Megsinet, Inc.

Affidavit of Movant

I, Stephen Harris, Esquire, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court pro hac Saul H. Krenzel, Esquire, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for Defendant, Megsinet, Inc., in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Stephen Harris — Signature
#0264179 — MN Attorney License #
1/8/02 — Date

Affidavit of Proposed Admittee

I, Saul H. Krenzel, Esquire, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

SAUL H. KRENZEL — Print Name
[signature] — Signature
Date

ID #20726
SAUL H. KRENZEL & ASSOCIATES
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 09 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of the Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK