UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-2261 DWF/AJB

SUNRISE INTERNATIONAL LEASING CORPORATION, as assignee of Sun Microsystems Finance,

Plaintiff,

v.

NOTICE OF HEARING

MEGSINET, INC., n/k/a MEGSINET INTERNET INC., an Illinois Corporation,

Defendant.

The above matter has been referred by District Judge Donovan W. Frank to the undersigned for a hearing on Defendant's Motion to Dismiss [Docket No. 5].

A hearing is scheduled before the undersigned for February 26, 2002, at 1:30 p.m., in Courtroom 628A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 22, 2002.

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK